Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California  90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

JS - 6

Attorneys for Petitioner
STENA BULK LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STENA BULK LLC, | ) CASE NO.: SA CV 13-01441-SJO |
| Petitioner, | ) |
| vs. | ) IN ADMIRALTY |
| SUNSTONE NATURAL RESOURCES INTERNATIONAL INC., | ) JUDGMENT AGAINST SUNSTONE NATURAL RESOURCES INTERNATIONAL INC. |
| Respondent. | ) |

[PROPOSED] JUDGMENT AGAINST SUNSTONE NATURAL RESOURCES
INTERNATIONAL LLC

In accordance with the Court's Order Confirming London Arbitration Award entered by the Court on November 9, 2013, the Court HEREBY ORDERS judgment in favor of Petitioner STENA BULK LLC, and against Respondent SUNSTONE NATURAL RESOURCES INTERNATIONAL INC. , in the amount of :

      Award: US$551,938.23

      Costs of Award: GBP £6,027.18

The Court retains jurisdiction over the matter for any further or supplemental proceedings as may be necessary for the purpose of enforcing this Judgment, and/or any further Judgment which may be obtained. The Court further retains jurisdiction to enter judgment as to the quantum of recoverable costs awarded to STENA BULK LLC by the arbitrator once the parties agree on the quantum of recoverable costs or the arbitrator issues a cost award.

      IT IS SO ORDERED.

Dated: November 12, 2013

                              _____
                              United States District Judge